**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Jose Graciano, Sr.,**

    Plaintiff,

                                        CIVIL ACTION NO. **1:25-cv-13645-DJC**

V.

**Wynn Massachusetts, LLC et. al,**

    Defendants.

## ORDER OF DISMISSAL

CASPER, D. J.

    In accordance with the Court's Order D. [66] dated June 30, 2026, this case is hereby DISMISSED.

                                     By the Court,

June 29, 2026                                      /s/ Denise J. Casper
Date                                             Chief District Judge